**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A/ METRA, <br><br> Plaintiff, <br><br> v. <br><br> METRO FIBERNET, LLC AND EAGLE 1 RESOURCES, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: |

## **DECLARATION OF SCOTT SCHIEMANN**

I, Scott Schiemann, declare under penalty of perjury that the following is true and correct:

1. I am more than 18 years old and this declaration is based on my personal knowledge. If called as a witness in the above-captioned matter, I could testify competently to the truth and accuracy of the facts set forth herein.

2. I am an employee of the Commuter Rail Division of the Regional Transportation Authority d/b/a/ METRA ("Metra"). I work as a Chief Engineering Officer at Metra.

3. Metra maintains the Milwaukee District North Line that runs from Chicago to Fox Lake, Illinois. The rail crossing that is the primary subject of this litigation is located along the Milwaukee District North Line near Wilson Road in Ingleside, Illinois.

4. For the safety and integrity of Metra's federally regulated rail operations, Metra has standard policies and access requirements for outside parties seeking to perform installations on, under, or over Metra's active rail line property.

5. Any outside party seeking to perform installations on Metra's rail rights-of-way must first submit a completed application to Metra for review and approval before any work is commenced on Metra rail line property.

6. To ensure the safety of the public and Metra's rail line operations, each proposed installation project must also be reviewed by Metra to determine, in its sole discretion, the need for Metra flagmen and engineering personnel to be present and/or other safety precautions during any authorized and approved work on Metra's active rail property. Upon final approval and grant of license, any outside party seeking to perform utility installation work on Metra's rail right-of-way must enter into a Right of Entry Agreement to coordinate the appropriate flagging and/or inspection services.

7. Metra flagmen communicate with oncoming trains and Metra engineering personnel and inspectors ensure that underground boring does not damage or disrupt Metra's existing signal communication and other vital equipment.

8. The integrity of Metra's signal system is vital to safe train operations. Information concerning track occupancy, switch position, and signal indication are transmitted via underground cable to wayside signals authorizing train moves, and to remote dispatch centers to coordinate and plan train movements. The individual conductors inside the cable, which are normally insulated and shielded from contact, could be damaged by underground boring, potentially causing switches underneath a train to move or allow a train to move when it is not safe to do so.

9. Boring under the tracks at rail crossings—and doing so without a Right of Entry Agreement, without engineering approvals, and without coordination from Metra to ensure that flagmen and/or inspectors are on-site during the installation under the rail line—causes a

significant risk to Metra equipment, trains, personnel, and the public at large. There is a risk to damaging the Metra signal system that could cause commuter service delays along the entire Milwaukee District North Line. Moreover, installations performed without Metra's consent or supervision could cause the warning and track gate systems to malfunction causing traffic delays and potential risks for vehicle and train collisions. Without flagmen in the area, there exists great risk of bodily harm to Metra employees, the Defendants' employees and contractors, and members of the public. If a Metra train was caused to engage its emergency braking system, the train risks a possible derailment.

10. Metra's engineering department also must review applications for the proposed installations to ensure that the project does not compromise the safety and/or structure of the track. Metra requires permitting so that future Metra digging and maintenance along the rail lines can be performed safely without damaging existing utilities in the area. The identification of any unauthorized installations that have already been performed (as well as any proposed future installations) is essential to ensuring the safety of Metra employees and passengers.

11. The foregoing Right of Entry Agreement, engineering approvals, and flagmen are necessary in order to properly ensure the safety of Metra employees, Metra locomotives and equipment, Metra railroad track, and the traveling public.

12. The unauthorized and unsupervised boring beneath Metra rail lines could result in serious accidents or injuries if pipes are not installed at proper depths or according to appropriate specifications, or if the installation severed or damaged existing underground wires. The lack of coordination between an outside party and Metra is hazardous and could result in serious damage to Metra's signal systems and equipment resulting in signal system malfunction, putting Metra trains, personnel, and the public in danger.

FURTHER AFFIANT SAYETH NOT.

                                                                                                   */s/ Scott Schiemann*
                                                                                                         Scott Schiemann

Dated: December 9, 2025