**EXHIBIT 6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A/ METRA, | ) ) ) ) Case No.: |
| Plaintiff, | ) ) |
| v. | ) ) |
| METRO FIBERNET, LLC AND EAGLE 1 RESOURCES, LLC, | ) ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF ERIC JAGIELA

I, Eric Jagiela, declare under penalty of perjury that the following is true and correct:

1. I am more than 18 years old and this declaration is based on my personal knowledge. If called as a witness in the above-captioned matter, I could testify competently to the truth and accuracy of the facts set forth herein.

2. I am an employee of the Commuter Rail Division of the Regional Transportation Authority d/b/a/ METRA ("Metra"). I work as a Signal Maintainer for Metra in the Fox Lake area.

3. At approximately 4:50 AM on either Saturday, September 13, 2025 or Sunday, September 14, 2025, I was near Wilson Road at the Crossing (Metra's Milwaukee District North Line right-of-way and rail tracks near Wilson Road in Ingleside, Illinois) and spotted what appeared to be a construction or maintenance crew conducting bore work on the Milwaukee District North line.

4. I recognized that the crew did not work for Metra and none of the individuals were Metra employees.

5. On September 15, 2025, I alerted James P. Narbone (the PTC/Signal Supervisor for Metra Milwaukee District) to let him know what I had seen.

6. Metra subsequently confirmed through photo evidence that there was a new hand hole at the Crossing on either side of the tracks, and that the new hand holes at the Crossing were the result of Metronet's boring work. Additional photo evidence confirmed that one of the hand holes had remnants of slurry from what is known as a "bore shot."

7. True and correct copies of the photographs showing the remnants of Metronet's boring work at the Crossing are attached hereto as **Exhibit 1**.

8. Metronet installed fiber optic cable at the Crossing without a Metra flagman present and without Metra engineering personnel and/or inspectors present.

9. Metra flagmen communicate with oncoming trains and Metra engineering personnel and inspectors ensure that underground boring does not damage or disrupt Metra's existing signal communication and other vital equipment.

FURTHER AFFIANT SAYETH NOT.

*Eric Jagiela*
Eric Jagiela

Dated: December 9, 2025







