**EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A/ METRA,<br><br>    Plaintiff,<br><br>v.<br><br>METRO FIBERNET, LLC AND EAGLE 1 RESOURCES, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

**IT IS HEREBY ORDERED** that:

1. Defendants Metro Fibernet, LLC and Eagle 1 Resources, LLC are temporarily restrained from entering upon or otherwise interfering with Plaintiff's rail property and related rail operations at any rail crossings owned, operated, or controlled by Plaintiff. Defendants, and all other entities acting under their control or in concert therewith, are prohibited from undertaking any boring or other activities on, above, or under those rail crossings, without Plaintiff's prior express authorization and consent.

2. Defendants shall disclose the location(s) of any rail crossings that they are aware of where Defendant Metro Fibernet, LLC installed fiber optic cable at a rail crossing owned, operated, or controlled by Plaintiff, from January 1, 2020 through present day, without first executing Plaintiff's Right of Entry Agreement and License Agreement. Defendant Eagle 1 Resources, LLC shall disclose the location(s) of any rail crossings where Eagle 1 recommended and/or advised its client(s) that they were permitted to proceed with an installation of fiber optic

cable at a rail crossing owned, operated, or controlled by Plaintiff, from January 1, 2020 through present day, without first executing Plaintiff's Right of Entry Agreement and License Agreement.

      3.      This Temporary Restraining Order shall remain in full force and effect unless otherwise modified or dissolved until _____, 2025, and no longer than 14 days after entry of this Order.

_____
United States District Court Judge

Dated: _____