## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A/ METRA, <br><br> Plaintiff, <br><br> v. <br><br> METRO FIBERNET, LLC AND EAGLE 1 RESOURCES, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: 25-cv-15045 <br><br> Hon. Jorge L. Alonso, Presiding <br><br> Magistrate Judge Keri L. Holleb |

### NOTICE OF EMERGENCY MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **December 18, 2025** at **10:00 a.m**. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Jorge L. Alonso, or any judge who may be sitting in his place and stead, in Room 1903 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION,** a copy of which has been filed via CM/ECF and served upon you via e-mail.

Respectfully submitted,

**Commuter Rail Division of the Regional Transportation Authority d/b/a METRA**

By: /s/ *Thomas J. McDonell*

Christopher N. Skey (ARDC #6243906)
Thomas J. McDonell (ARDC #6317275)
Taylor R. Rioux (ARDC #6350076)
QUARLES & BRADY LLP
155 North Wacker Drive, Suite 3200
Chicago, Illinois 60606
(312) 715-5000
Christopher.Skey@quarles.com
Thomas.McDonell@quarles.com
Taylor.Rioux@quarles.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused a copy of the foregoing **Notice of Emergency Motion for Temporary Restraining Order and Preliminary Injunction** to be served upon:

Allison Rule
Marashlian & Donahue, PLLC
The *Comm*Law Group
1430 Spring Hill Road, Suite 310
McLean, Virginia 22102
Email: adr@CommLawGroup.com
*Counsel for Eagle 1 Resources, LLC*

Johnny Chuang
Metro Fibernet, LLC
11880 College Boulevard, Ste. 100
Overland Park, KS 66210
Email: johnny.chuang@metronet.com
*Senior Corporate Counsel for Metro Fibernet, LLC*

via email this 17th day of December, 2025. A copy of the Emergency Motion for Temporary Restraining Order and Preliminary Injunction was served upon the above-referenced individuals via e-mail on December 12, 2025.

/s/ Thomas J. McDonell