**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Commuter Rail Division of the Regional Transportation Authority v. Metro Fibernet LLC, and Eagle 1 Resources LLC

Case Number: 1:25-cv-15045

An appearance is hereby filed by the undersigned as attorney for:

Defendant Eagle 1 Resources LLC

Attorney name (type or print): Michael S. Shapiro

Firm: Tomlinson & Shapiro, P.C.

Street address: 5440 N. Cumberland Avenue, Suite 111

City/State/Zip: Chicago, Illinois 60656

Bar ID Number: 6279776
(See item 3 in instructions)

Telephone Number: 312.715.8770

Email Address: mss@tomlinsonshapiro.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 17, 2025

Attorney signature: S/ *Michael S. Shapiro*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

## **CERTIFICATE OF SERVICE**

I, Michael S. Shapiro, an attorney, hereby certify that on December 17, 2025, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system, which caused a copy of the filing to be served on all attorneys of record:

By: /s/ Michael S. Shapiro
Michael S. Shapiro