# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Commuter Rail Division of the Regional Transportation Authority v. Metro Fibernet LLC, and Eagle 1 Resources LLC

Case Number: 1:25-cv-15045

An appearance is hereby filed by the undersigned as attorney for:

Defendant Eagle 1 Resources LLC

Attorney name (type or print): Katherine N. Vega

Firm: Tomlinson & Shapiro, P.C.

Street address: 5440 N. Cumberland Avenue, Suite 111

City/State/Zip: Chicago, Illinois 60656

Bar ID Number: 6339791
(See item 3 in instructions)

Telephone Number: (312) 715-8770

Email Address: knv@tomlinsonshapiro.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No
Are you a member of the court's general bar? ☑ Yes ☐ No
Are you a member of the court's trial bar? ☐ Yes ☑ No
Are you appearing *pro hac vice*? ☐ Yes ☑ No
If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 17, 2025

Attorney signature: S/ *Katherine N. Vega*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

## CERTIFICATE OF SERVICE

I, Michael S. Shapiro, an attorney, hereby certify that on December 17, 2025, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system, which caused a copy of the filing to be served on all attorneys of record:

By: /s/ Michael S. Shapiro
Michael S. Shapiro