# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A/ METRA, </br></br> *Plaintiff,* </br></br> v. </br></br> METRO FIBERNET, LLC AND EAGLE 1 RESOURCES, LLC, </br></br> *Defendants*. | Case No. 25-cv-15045 </br> Honorable Jorge L. Alonso |

## DEFENDANT EAGLE 1 RESOURCES, LLC'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and Local Rule 3.2, Defendant Eagle 1 Resources, LLC("Eagle 1") files this Disclosure Statement and certifies as follows:

1. Eagle 1 is a privately-owned limited liability company organized under the laws of Alabama. David L. Thomas is the sole member of Eagle 1 and he is a citizen of Alabama. Thus, Eagle 1 is a citizen of Alabama for purposes of the diversity statute.

2. Pursuant to Fed. R. Civ. P. Rule 7.1, no corporation owns 10% or more of Eagle 1.

3. Pursuant to Local Rule 3.2, David L. Thomas owns more than 5% of Eagle 1.

Dated: December 17, 2025

                                                Respectfully submitted,

                                                Eagle 1 Resources, LLC

                                                By: /s/ Michael S. Shapiro
                                                        One of its attorneys

Michael S. Shapiro (ARDC #6279776)
Michael P. Tomlinson (ARDC #6279930)
Katherine N. Vega (ARDC #6339791)
Tomlinson & Shapiro, P.C.
5440 N. Cumberland Ave., Ste. 111
Chicago, Illinois 60656
(312) 715-8770
mss@tomlinsonshapiro.com
mpt@tomlinsonshapiro.com
knv@tomlinsonshapiro.com

**CERTIFICATE OF SERVICE**

I, Michael S. Shapiro, hereby certify that on December 17, 2025, I caused the foregoing to be filed using the CM/ECF system for the United States District Court for the Northern District of Illinois, which will send a notification of such filing to all counsel of record.

                                                /s/ Michael S. Shapiro