# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Commuter Rail Division of the Regional
Transportation Authority

                    Plaintiff,

v.                             Case No.:
                             1:25−cv−15045
                             Honorable Jorge L.
                             Alonso

Metro Fibernet LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2025:

       MINUTE entry before the Honorable Jorge L. Alonso: In−person hearing held on Plaintiff's motion for temporary restraining order and preliminary injunction. ECF No. 4. At this time, the Court is not convinced that it has subject−matter jurisdiction to proceed with this action and orders any party that wishes to be heard to file briefing on the issue of subject−matter jurisdiction by 12:00 PM on 12/19/25. Plaintiff's motion is entered and continued at this time. The Court will rule electronically after receiving this briefing. Counsel for Metro Fibernet LLC did not appear but is ordered to promptly meet and confer with Plaintiff regarding its citizenship. In the alternative, it may file a statement with the Court concerning its citizenship by 12:00 PM on 12/18/25. Johnson v. Nat'l Asset Advisors, LLC, 772 F. App'x 328 (7th Cir. 2019) (detailing the steps the Seventh Circuit took to ascertain citizenship information, including through various supplemental filings from the Defendant); Braun v. City of McHenry, No. 21 C 50003, 2022 WL 523127, at *5 (N.D. Ill. Feb. 22, 2022) (holding a Court may order a party to disclose its citizenship to satisfy itself that subject−matter jurisdiction is present). Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.