EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-0191-MDB

METRO FIBERNET, LLC,

      Plaintiffs,

v.

CITY OF COLORADO SPRINGS,

Defendant.

_____

## PLAINTIFF METRO FIBERNET, LLC'S
## CORPORATE DISCLOSURE STATEMENT

_____

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Metro Fibernet, LLC states that it is an indirect, wholly-owned subsidiary of Metronet Holdings, LLC.  Metro Fibernet, LLC further states that no publicly held corporation own 10% or more of its stock.

Dated: January 22, 2025

Respectfully submitted,
METRO FIBERNET, LLC
  /s/ Robert G. Scott
Robert G. Scott
Courtney T. DeThomas
Davis Wright Tremaine LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
(202) 973-4200
(202) 973-4499
bobscott@dwt.com
courtneydethomas@dwt.com

*Counsel for Plaintiffs*