# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A METRA vs. METRO FIBERNET, LLC AND EAGLE 1 RESOURCES, LLC

Case Number: 25-cv-15045

An appearance is hereby filed by the undersigned as attorney for:
METRO FIBERNET LLC

Attorney name (type or print): Thomas W. Snyder

Firm: KUTAK ROCK LLP

Street address: 2001 16th Street, Suite 1800

City/State/Zip: Denver, CO 80209

Bar ID Number: 33106
(See item 3 in instructions)

Telephone Number: (303) 292-7884

Email Address: Thomas.Snyder@kutakrock.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 22, 2025

Attorney signature: S/ Thomas W. Snyder
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023