**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A METRA<br><br>       Plaintiff,<br><br>   v.<br><br>METRO FIBERNET, LLC AND EAGLE 1 RESOURCES, LLC<br><br>       Defendant. | Case No. 25-cv-15045 |

## RESPONSE OF DEFENDANT METRO FIBERNET, LLC
## TO COURT'S DECEMBER 18, 2025 ORDER

Defendant Metro Fibernet, LLC ("Defendant") responds to the Court's December 18, 2025 Minute Order as follows.

Pursuant to the Court's December 18, 2025 minute order, counsel has worked with Defendant and its in-house attorneys to determine Defendant's ownership structure for purposes of citizenship diversity. The task is complicated given that one of the major investors in defendant is a KKR fund, which itself has many limited liability companies as members which, in turn, have many limited lability companies as members. The task of pealing back all ownership layers is virtually impossible. However, Defendant has been able to determine that one or more members in the ownership structure of Defendant is a resident of Illinois. Defendant's counsel has communicated this to Plaintiff's counsel.

Respectfully submitted,

**Metro Fibernet, LLC**

Thomas W. Snyder

Thomas W. Snyder
Kutak Rock LLP
2001 16th Street
Suite 1800
Denver, CO  80202-5292
(303) 297-2400
thomas.snyder@kutakrock.com

Mark E. Winters
Kutak Rock LLP
450 W Schaumburg Rd #68819
Schaumburg, IL 60194
(312) 602-4100
Mark.winters@kutakrock.com

Dated: December 22, 2025

4909-8446-0676.1