# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Commuter Rail Division of the Regional Transportation Authority

Plaintiff,

v.

Case No.: 1:25−cv−15045

Honorable Jorge L. Alonso

Metro Fibernet LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 8, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: At this stage, the Court is not convinced that diversity jurisdiction exists to hear this case. In its briefing, Plaintiff mentions Grable jurisdiction and that a private right of action for its claims may exist under 47 U.S.C. § 253(c). ECF No. 12. By 1/14/26, Plaintiff shall either file a complaint asserting a federal cause of action or file a supplemental brief explaining in greater detail why Grable jurisdiction exists on the facts of this case with citation to analogous law. Sarauer v. Int'l Ass'n of Machinists & Aerospace Workers, Dist. No. 10, 966 F.3d 661, 673 (7th Cir. 2020) (explaining that for Grable jurisdiction the federal issue must be "(1) necessarily raised, (2) actually disputed, (3) substantial, and (4) capable of resolution in federal court without disrupting the federal−state balance approved by Congress."). If Plaintiff files a supplemental brief, Defendants shall respond within 7 days of its filing. If Plaintiff does neither, this case will be terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.