IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY D/B/A/ METRA, | )<br>)<br>)<br>) Case No.: 25-cv-15045 |
| Plaintiff, | )<br>) Hon. Jorge L. Alonso, Presiding |
| v. | )<br>) Magistrate Judge Keri L. Holleb Hotaling |
| METRO FIBERNET, LLC AND EAGLE 1 RESOURCES, LLC, | )<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Commuter Rail Division of the Regional Transportation Authority d/b/a METRA hereby gives notice that this action is voluntarily dismissed. Defendants Metro Fibernet, LLC and Eagle 1 Resources, LLC have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

Respectfully submitted,

**Commuter Rail Division of the Regional Transportation Authority d/b/a METRA**

By: /s/ *Thomas J. McDonell*

Christopher N. Skey (ARDC #6243906)
Thomas J. McDonell (ARDC #6317275)
Taylor R. Rioux (ARDC #6350076)
QUARLES & BRADY LLP
155 North Wacker Drive, Suite 3200
Chicago, Illinois 60606
(312) 715-5000
Christopher.Skey@quarles.com
Thomas.McDonell@quarles.com
Taylor.Rioux@quarles.com