UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Commuter Rail Division of the Regional
Transportation Authority

                                  Plaintiff,

v.
                                  Case No.:
                                  1:25−cv−15045

                                  Honorable Jorge L.
                                  Alonso

Metro Fibernet LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court is in receipt of Plaintiff's notice of voluntary dismissal [19]. The case is dismissed without prejudice. The pending motion for preliminary injunction [4] is denied as moot. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.